[Nos. 18384-0-III; 18385-8-III.   Division Three.   June 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANETTE M. BITTNER, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 98-1-02493-4 and 98-1-02491-8, Salvatore F. Cozza, J., entered March 22, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 18281-9-III.   Division Three.   June 22, 2000.]

PICTURES OF SUCCESS, INC., *Respondent*, v. JOHN GEORGE NUSS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-2-00935-4, Jack Burchard, J., entered January 25, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 18623-7-III.   Division Three.   June 22, 2000.]

THOMAS C. WALKER, *Appellant*, v. CITY OF KENNEWICK, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-2-00427-0, Carolyn A. Brown, J., entered July 30, 1999. *Affimed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.